IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRYL K. TOLIVER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-309-JPG** |
| | ) | |
| **FAISA AHMED, PAM GRUBMAN,** | ) | |
| and **GARY GERST,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion for Interrogatories and Motion for Production of Documents. **(Docs. 20 and 21)**.

Although it is not completely clear, the Court interprets these motions as seeking leave to serve interrogatories and requests for production on defendant Grubman. It is not necessary to get leave of Court before serving interrogatories or requests for production. Plaintiff should simply mail the discovery requests to defendant's attorney. Defendant than has thirty days in which to answer or object.

If defendant objects to any of the discovery requests, plaintiff can file a motion to compel. A copy of the discovery requests and objections should be attached to the motion to compel, so that the Court can rule on the objections.

Upon consideration and for good cause shown, plaintiff's Motion for Interrogatories and Motion for Production of Documents **(Docs. 20 and 21)** are **DENIED**.

**IT IS SO ORDERED.**

**DATE:  October 21, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**