IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRYL K. TOLIVER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-309-JPG** |
| | ) | |
| **FAISA AHMED, PAM GRUBMAN,** | ) | |
| and **GARY GERST,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant's Motion to Stay Deadline for Dispositive Motions **(Doc. 37)** is **GRANTED**.

The Court will set a new deadline for the filing of dispositive motions after defendant's motion to dismiss has been ruled.  Plaintiff's response to the motion to dismiss is due on March 13, 2006.

**IT IS SO ORDERED.**

**DATE:  March 7, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**