IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRYL K. TOLIVER**,  )
                        )
    Plaintiff,          )
                        )
v.                      )   Civil No. **04-309-JPG**
                        )
**FAISA AHMED, PAM GRUBMAN,**  )
**and GARY GERST,**            )
                        )
    Defendants.         )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Strike Exhibits A-I Attached to Plaintiff's Memorandum of Law **(Doc. 51)**.

Plaintiff filed a "memorandum of law" in opposition to defendant Grubman's motion to dismiss. He attached various documents as exhibits A through I to his memorandum, which is **Doc. 47.** Defendant now moves to strike those exhibits becasue her motion to dismiss is filed under **Fed.R.Civ.P. 12(b)(6)**, which does not allow for consideration of matters outside the pleadings.

Defendant's position is technically correct. However, as plaintiff is pro se, the Court will grant him some latitude. The Court will not strike the exhibits, but will consider them only to the extent permissible under the Federal Rules of Civil Procedure.

Upon consideration and for good cause shown, Defendant's Motion to Strike Exhibits A-I Attached to Plaintiff's Memorandum of Law **(Doc. 51)** is **DENIED.**

**IT IS SO ORDERED**.

DATED: April 27, 2006.              s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **U. S. MAGISTRATE JUDGE**