IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **04-309-JPG** |
| ) | |
| **FAISA AHMED, PAM GRUBMAN,** ) | |
| **and GARY GERST,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel Discovery, which the Court construes as a Motion for Extension of Time to Conduct Discovery. **(Doc. 63)**.

The Court will permit plaintiff to serve additional interrogatories and requests for production on defendant Grubman. However, as the Court has previously instructed plaintiff, discovery requests should be confined to relevant information, that is, *plaintiff should request information relating to the facts of this case*. In general, information about other inmates is not relevant.

Upon consideration and for good cause shown, plaintiff's Motion to Compel Discovery, construed as a Motion for Extension of Time to Conduct Discovery, **(Doc. 63)** is **GRANTED**. Plaintiff is granted leave to serve interrogatories and requests for production of documents on defendant Grubman by **September 6, 2006.** The Court notes that plaintiff served discovery requests in July, 2006; if plaintiff wants to stand on those discovery requests instead of serving revised requests, he should serve written notice of that fact on defendant by **September 6, 2006.**

1

**IT IS SO ORDERED.**

**DATE:  August 15, 2006.**

<u>**s/ Clifford J. Proud**</u>  
**CLIFFORD J. PROUD**  
**UNITED STATES MAGISTRATE JUDGE**
