IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **04-309-JPG** |
| ) | |
| **FAISA AHMED, PAM GRUBMAN,** ) | |
| **and GARY GERST,** ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel Discovery. **(Doc. 70)**. Defendant filed a response. **(Doc. 72)**.

Plaintiff suggests that defendant Grubman's responses to his requests for production are incomplete.

Defendant's response to the motion states "Defendant provided Plaintiff with all responsive documents and referred Plaintiff to his medical records which were reviewed by the Defendant and may be obtained by contacting the Illinois Department of Corrections." Plaintiff has not attached copies of his requests or of defendant's responses, so it is impossible for the court to evaluate the sufficiency of defendant's responses. See, SDIL-LR 26.1(b)(3).

The court cannot order Defendant to produce documents which do not exist. Plaintiff gives no indication of what documents he seeks, other than to suggest that additional responsive documents can be found in Grubman's "personal files." There is no indication of what kind of personal files, if any, are maintained by defendant.

1

Upon consideration and for good cause shown, plaintiff's Motion to Compel Discovery **(Doc. 70)** is **DENIED**.

Plaintiff's Motion to Strike Defendant's Response **(Doc. 73)** is also **DENIED.**

**IT IS SO ORDERED.**

**DATE:  November 20, 2006.**

          **s/ Clifford J. Proud**
          **CLIFFORD J. PROUD**
          **UNITES STATES MAGISTRATE JUDGE**