IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **04-309-JPG** |
| **FAISA AHMED, PAM GRUBMAN,** and **GARY GERST**, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiff's Request for Default Judgment on Defendants Ahmed and Gerst **(Doc. 77)** is **DENIED**.

Defendants Gerst and Ahmed have not yet been served. Summonses have been reissued for service by the U.S. Marshal.

**IT IS SO ORDERED.**

DATE: **March 22, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**