IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-309-JPG** |
| | ) |
| **FAISA AHMED, PAM GRUBMAN,** | ) |
| and **GARY GERST,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Plaintiff's Motion for Direction **(Doc. 83)** is **GRANTED as follows**:

The status of this case is that defendants Gerst and Ahmed have not yet been served. Summonses have been reissued for service by the U.S. Marshal.

The court has issued an order on plaintiff's motion for reconsideration which explains how to serve requests for production and how to file a motion to compel.

**IT IS SO ORDERED.**

DATE:  **March 22, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**