IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **04-309-JPG** |
| ) | |
| **FAISA AHMED, PAM GRUBMAN,** ) | |
| **and GARY GERST,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant Ahmed's Request for Extension of Time **(Doc. 106)**.

Plaintiff served interrogatories and requests for admissions on defendant on June 14, 2007. Defendant seeks an additional 30 days in which to respond because he has not yet obtained and reviewed copies of plaintiff's medical records.

The current deadline for completion of discovery is July 16, 2007. Because defendants Ahmed and Gerst were only recently served, the court will extend the schedule again. However, the parties must make every effort to meet the new deadlines, as the schedule will not be extended again absent extraordinary circumstances.

Upon consideration and for good cause shown, defendant Ahmed's Request for Extension of Time **(Doc. 106)** is **GRANTED as follows**:

Defendant Ahmed shall serve his objections, if any, to plaintiff's outstanding discovery requests by **July 25, 2007**, and shall serve his answers to interrogatories and responses to requests for production by **August 15, 2007.**

All discovery shall be completed by **September 14, 2007.**

Defendants are granted leave to depose plaintiff pursuant to Fed.R.Civ.P. 30(a)(2).

Dispositive motions shall be filed no later than **September 28, 2007.**

**IT IS SO ORDERED.**

**DATE:  July 17, 2007.**


                                        s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **UNITED STATES MAGISTRATE JUDGE**