IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL K. TOLIVER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **04-309-JPG** |
| ) | |
| **FAISA AHMED, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel Discovery.  **(Doc. 117)**.  Defendant Ahmed has filed a response at **Doc. 118.**

This motion concerns defendant Ahmed's answers to plaintiff's interrogatories.  Ahmed answered the interrogatories in August, 2007, before he received a copy of plaintiffs medical records from the IDOC.  His answers to the interrogatories generally stated that he had no independent recollection of plaintiff's case, and he would supplement his answers after reviewing the medical records.  This is reasonable, considering the circumstances.

In his response, defendant states that he has subpoenaed the records, and that he has been informed that they were to be mailed from Stateville Correctional Center on or around September 14, 2007.

Upon consideration and for good cause shown, plaintiff's Motion to Compel Discovery **(Doc. 117)** is **GRANTED**.  Defendant Ahmed is ordered to seasonably supplement his answers to plaintiff's interrogatories after he has reviewed the medical records.

**IT IS SO ORDERED**.

**DATE:  September 26, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
