UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRYL K. TOLIVER,

    Plaintiff,

  v.

FAISA AHMED, PAM GRUBMAN, and
GARY GERST,

    Defendants.

Case No. 04-cv-309-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Darryl K. Toliver's Motion for Extension of Time to file an objection to a Report and Recommendation (Doc. 137). "When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b). Plaintiff is a prisoner at Stateville Correctional Center, which is currently on lockdown status. Because this constitutes good cause, the Court GRANTS the Motion (Doc. 137). Plaintiff's objection is due by March 14, 2008.

**IT IS SO ORDERED.**
**DATED: March 3, 2008**

                                s/ J. Phil Gilbert
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**