UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRYL K. TOLIVER,

    Plaintiff,

v.

FAISA AHMED, PAM GRUBMAN, and
GARY GERST,

    Defendants.

Case No. 04-cv-309-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Faisa Ahmed, Pam Grubman, and Gary Gerst, and against plaintiff Darryl K. Toliver on all claims and that this case is dismissed with prejudice.

**DATED: April 2, 2008.**　　　　　　　　　　　　**NORBERT G. JAWORSKI, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**U.S. District Judge**